

The relief described hereinbelow is SO ORDERED.

Signed September 20, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In Re: Chapter 13
TIMOTHY M. SCHMIT
ROBYN A. SCHMIT

Debtor(s)                             Case No. 10-60724-RBK

ORDER CONFIRMING THE DEBTORS' PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Further the Debtor represents that the Debtor's plan or amended plan, filed on June 16, 2010 and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

  (1) The Chapter 13 Plan is confirmed;

  (2) Unless otherwise provided below or by other Court order, property of the estate shall revest in Debtor until the earlier of discharge of Debtor or dismissal of the case; and

  (3) Notwithstanding any provisions of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

  (4) Miscellaneous Provisions (if Applicable)

      None

The Clerk is directed to serve a copy of this order upon the Debtor, counsel for the Debtor, the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

Confirmation Recommended by

/s/Ray Hendren
_____

Ray Hendren Ch13 Trustee

###